PROB 12C
(7/93)

Report Date: October 15, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcelino Diaz-Lozano          Case Number: 2:10CR00070-FVS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 16, 2010

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:       Prison - 21 months;           Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Frank Wilson                   Date Supervision Commenced: January 14, 2012

Defense Attorney:        Federal Defenders Office       Date Supervision Expires: January 13, 2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

                        **Supporting Evidence**: Mr. Marcelino Diaz-Lozano was found guilty of Illegal Entry in the District of Arizona on September 30, 2014, in violation of 8 U.S.C. § 1325(a)(1).

2                       **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

                        **Supporting Evidence**: According to the criminal complaint filed in the District of Arizona for case number 14-32379M, on September 30, 2014, Mr. Marcelino Diaz-Lozano, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the Unites States. The report indicates that Mr. Diaz-Lozano was found by United States Border Patrol agents in Lukeville, Arizona, on September 27, 2014, without obtaining the express consent of the attorney general or the secretary of the Department of Homeland Security to re-apply for admission to the United

States. The report also indicates that Mr. Diaz-Lozano admitted to entering the United States of America from Mexico illegally on September 26, 2014, at or near Lukeville, Arizona.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/15/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[✔] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

October 24, 2014

Date